IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LENNARD P. FRANSEN, | : | Civil No. 3:16-cv-1451 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN ERIC TICE, et al., | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 17th day of June, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge